The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

September 15, 2022

**Via ECF**
Hon. Roanne L. Mann
United States District Court of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** ***Mendez v. Buon Gelato and Euro Bar of NY Corp. et al.***
     22-cv-00922

Dear Judge Mann:

   Annexed please find the parties' signed supplemental/addendum to the parties' settlement agreement.

          Respectfully submitted,


        By: */s Jacob Aronauer*
          Jacob Aronauer, Esq.


Attachments

cc: All Counsel (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANTIAGO MENDEZ,                                    Civil Action No. 22-CV-00922

                              Plaintiff,

                                                    **SUPPLEMENTAL AGREEMENT**
        -against-                                   **AMENDING SETTLEMENT**
                                                    **AGREEMENT AND RELEASE**

BUON GELATO AND EURO BAR OF NY CORP.
d/b/a BUON CAFÉ & TRATTORIA and
FELLIPO GALLINA, individually.

                              Defendants.
------------------------------------------------------------------X

        This Supplemental Agreement Amending the Settlement Agreement and Release of Claims ("Supplemental Agreement") is entered into by and between Plaintiff, SANTIAGO MENDEZ ("Plaintiff"), on the one hand, and BUON GELATO AND EURO BAR OF NY CORP. d/b/a BUON CAFÉ & TRATTORIA and FELLIPO GALLINA, (collectively, the "Defendants"), on the other hand.

        WHEREAS, the Parties entered into a Settlement Agreement and Release of Claims dated August 22, 2022; and

        WHEREAS, the Parties wish to supplement and amend the Settlement Agreement and Release of Claims dated August 22, 2022;

        NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1.      **Amendment.**

        The Parties agree that the Settlement Agreement shall be amended as follows:

        (a)     **Paragraph 1(c) of the parties' Settlement Agreement shall be deleted.**

**(b)    Release of Claims.**

Paragraph four (4) of the parties Settlement Agreement shall be amended as follows: Provided that this Agreement is approved by the Court, in consideration of the payments, benefits, agreements and other consideration to be provided by Defendants in the Agreement, Plaintiff, for himself and his heirs, executors, administrators, and their respective successors and assigns, hereby releases and forever discharges Defendants, any insurers of Defendants, and Defendants' respective parent corporations, stockholders, subsidiaries, affiliates, divisions, successors and assigns, their respective current and former officers, owners, directors, employees, trustees, agents, whether as individuals or in their official capacity, and each of their respective successors and assigns of and from any known wage-and-hour claims arising out of or attributable to Plaintiffs' employment compensation, from the beginning of time until the date of the execution of this Agreement, including all claims alleged in the Litigation, including any alleged violation of the FLSA and the NYLL and any potential claim pertaining to wages earned by Plaintiff in the course of his employment with Defendants:

Provided that this Agreement is approved the Court, Plaintiff understands and agrees that he may not reinstate the claims that he has brought in the Litigation or use this Agreement as evidence in, or the subject matter of, any future lawsuit or proceeding against Defendants related to wage-and hour claims. Plaintiff may only use this Agreement as evidence in an action instituted by either party alleging a breach of this Agreement.

Provided that this Agreement is approved by the Court, Defendants release and discharge Plaintiff from all compulsory counter claims, whether actually asserted or not, related to the Plaintiff's wage-and hour claims.

**2.    All other terms and conditions of the parties' Settlement Agreement not specifically modified herein shall remain in full force and effect.**

**IN WITNESS WHEREOF**, the Parties hereto knowingly and voluntarily executed this Agreement as follows:

**PLAINTIFF:**

DATED: _____          _____
                                        SANTIAGO MENDEZ

STATE OF NEW YORK           }
                            }S.S.
COUNTY OF                   }

     On _____, 2022, before me personally came SANTIAGO MENDEZ, to me known, and known to me to be the individual described in, and who executed the foregoing Settlement Agreement and Limited Release, and duly acknowledged to me that he executed the same.


                                       _____
                                       NOTARY PUBLIC

**DEFENDANTS:**

DATED: __9/14/22_____          _____
                                     FELLIPO GALLINA
                                     Individually and as Owner and Officer
                                     of Buon Gelato and Euro Bar of NY Corp.
                                     d/b/a Buon Café & Trattoria

STATE OF NEW YORK           }
                            }S.S.
COUNTY OF  QUEENS           }

     On September 14, 2022, before me personally came Fellipo Gallina, to me known, and known to me to be the individual described in, and who executed the foregoing Affidavit for Judgment by Confession, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

NICHOLAS J. MATTIA
Notary Public, State of New York
No. 02MA6230728
Qualified in Suffolk County
Commission Expires February 20, 2023

3

CORPORATE ACKNOWLEDGEMENT OF BUON GELATO AND EURO BAR OF NY
CORP d/b/a BUON CAFÉ & TRATTORIA

STATE OF NEW YORK                          }
                                           } S.S.
COUNTY OF  QUEENS                          }

On  _September 14_ , 2022, before me personally came Fellipo Gallina and
acknowledged himself or herself to be Owner and Officer of Buon Gelato and Euro Bar of NY
Corp., and that he, as such, being authorized so to do, executed the foregoing Affidavit for
Judgment by Confession for the purposes therein contained, by signing his or her name for Buon
Gelato and Euro Bar of NY Corp., and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

NICHOLAS J. MATTIA
Notary Public, State of New York
No. 02MA6230728
Qualified in Suffolk County
Commission Expires February 20, 20_23_

4

**PLAINTIFF:**

DATED: 09/15/2022 _____

SANTIAGO MENDEZ

STATE OF NEW YORK    }
                    }S.S.

COUNTY OF New York    }

On August 15, 2022, before me personally came SANTIAGO MENDEZ, to me known, and known to me to be the individual described in, and who executed the foregoing Settlement Agreement and Limited Release, and duly acknowledged to me that he executed the same.

> KELLY A BRESLAUER
> Notary Public - State of New York
> NO. 02BR6431706
> Qualified in New York County
> My Commission Expires Apr 18, 2026

NOTARY PUBLIC

**DEFENDANTS:**

DATED: _____

FELLIPO GALLINA
Individually and as Owner and Officer
of Buon Gelato and Euro Bar of NY Corp.
d/b/a Buon Café & Trattoria

STATE OF NEW YORK    }
                    }S.S.

COUNTY OF ~~New York~~    }

On August 15, 2022, before me personally came Fellipo Gallina, to me known, and known to me to be the individual described in, and who executed the foregoing Affidavit for Judgment by Confession, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

3

CORPORATE ACKNOWLEDGEMENT OF BUON GELATO AND EURO BAR OF NY
CORP d/b/a BUON CAFÉ & TRATTORIA

STATE OF NEW YORK          }
                          } S.S.
COUNTY OF                  }


On _____, 2022, before me personally came Fellipo Gallina and
acknowledged himself or herself to be Owner and Officer of Buon Gelato and Euro Bar of NY
Corp., and that he, as such, being authorized so to do, executed the foregoing Affidavit for
Judgment by Confession for the purposes therein contained, by signing his or her name for Buon
Gelato and Euro Bar of NY Corp., and duly acknowledged to me that he executed the same.


_____
NOTARY PUBLIC

4