**ROANNE L. MANN**                          **DATE:** September 19, 2022
**UNITED STATES MAGISTRATE JUDGE**      **START:** 3:30 p.m.
                                                                                    **END:** 3:45 p.m.

**DOCKET NO:** 22-cv-922-RLM

**CASE** Mendez v. Buon Gelato and Euro Bar of NY Corp et al

| | |
|---|---|
| ☐ INITIAL CONFERENCE | X OTHER/*CHEEKS* HEARING |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| ☐ MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFFS**                                                       **ATTORNEY**

| | |
|---|---|
| | Jacob Aronauer |

**DEFENDANTS**                                                 **ATTORNEY**

| | |
|---|---|
| | Nicholas James Mattia |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic *Cheeks* hearing. The Court is satisfied that the parties adequately addressed the issues raised in the Court's September 9th Order. For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties. The [24] motion for settlement approval is granted, in light of the revised agreement. The parties' must file their Stipulation of Discontinuance by September 20, 2022.