UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SANTIAGO MENDEZ,

                Plaintiff,

      -against-

BUON GELATO AND EURO BAR OF NY CORP.
d/b/a BUON CAFÉ & TRATTORIA and
FELLIPO GALLINA, individually.

                Defendants.
---------------------------------------------------------------X

Civil Action No. 22-CV-00922

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and

~~IT IS FURTHER STIPULATED AND AGREED, that this Court shall retain jurisdiction to enforce the Parties' Settlement and Release Agreement; and~~   RLM

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: 09/19/2022, 2022

The Law Offices of Jacob Aronauer
*Attorneys for Plaintiff*

By: _____
    Jacob Aronauer, Esq.

Dated Aug 24, 2022

DRUCKER & MATTIA, PLLC
*Attorneys for Defendants*

By: _____
    Nicholas J. Mattia, Esq.

SO-ORDERED

/s/ Roanne L. Mann
_____
Hon. ___Mann___, U.S.M.J.

7